DECISIONS PER CURIAM, FROM APRIL 12, 1927,
TO AND INCLUDING JUNE 6, 1927, OTHER
THAN DECISIONS ON PETITIONS FOR WRITS
OF CERTIORARI.

No. —, original. EX PARTE: IN THE MATTER OF BARBER
ASPHALT COMPANY. April 18, 1927. The motion for
leave to file petition for writ of mandamus herein is
denied. *Messrs. John W. Davis, Charles Neave, Samuel
E. Hibben, Henry N. Paul,* and *Edward L. Patterson* for
petitioner.

---

No. —, original. EX PARTE: IN THE MATTER OF LAKE-
WOOD ENGINEERING COMPANY. April 18, 1927. The
motion for leave to file a petition for a writ of mandamus
herein is denied without prejudice to the right to file a
petition for a writ of certiorari. *Mr. Frank E. Dennett*
for petitioner.

---

No. 220. FOSTER KELTON AND HERBERT KELTON *v.*
WALLACE KELTON. Error to the Supreme Court of the
State of Tennessee. Argued March 11, 1927. Decided
April 18, 1927. *Per Curiam.* Dismissed on the authority
of *Cuyahoga Power Co.* v. *Northern Realty Co.,* 244 U. S.
300, 302, 303; *Second National Bank* v. *First National
Bank,* 242 U. S. 600, 602; *San Antonio & Aransas Pass
Railway Co.* v. *Wagner,* 241 U. S. 476, 477. *Mr. Haskell
B. Talley* for plaintiffs in error. No appearance for de-
fendant in error.

---

No. 671. HUMBOLDT LAND & CATTLE COMPANY *v.* ROB-
ERT A. ALLEN, STATE ENGINEER OF NEVADA, AND INDI-
VIDUALLY, ET AL. Appeal from the District Court of the
United States for the District of Nevada. Argued April
11, 1927. Decided April 18, 1927. *Per Curiam.* Af-